## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TOWN SQUARE LAS VEGAS, LLC, | Case No.: 2:21-cv-00027-APG-NJK |
| Plaintiff | **Order Setting Jurisdictional Discovery and Supplemental Response Deadlines** |
| v. | |
| HUDSON SPECIALTY INSURANCE COMPANY, | |
| Defendant | |

In light of my order to show cause (ECF No. 6) and defendant Hudson Specialty Insurance Company's response (ECF No. 9),

I ORDER that the parties shall have until March 29, 2021 to conduct jurisdictional discovery.

I FURTHER ORDER that by April 26, 2021, defendant Hudson Specialty Insurance Company shall file a supplemental response to the order to show cause. Failure to establish the court's subject matter jurisdiction will result in remand.

DATED this 26th day of January, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE