# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TOWN SQUARE LAS VEGAS, LLC, | Case No.: 2:21-cv-00027-APG-NJK |
| Plaintiff | **Order Deeming Order to Show Cause Satisfied** |
| v. | |
| HUDSON SPECIALTY INSURANCE COMPANY, | |
| Defendant | |

In light of defendant Hudson Specialty Insurance Company's supplemental response to the order to show cause (ECF No. 15),

I ORDER that the order to show cause (ECF No. 6) is satisfied and I will not remand this action to state court for lack of subject matter jurisdiction at this time.

DATED this 29th day of March, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE