MARTIN J. KRAVITZ, ESQ.
Nevada Bar No. 83
GENA L. SLUGA, ESQ.
Nevada Bar No. 9910
CHRISTIAN, KRAVITZ, DICHTER,
JOHNSON & SLUGA, LLC
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada  89123
Tel:  (702) 362-6666
Fax:  (702) 362-2203
mkravitz@ksjattorneys.com
gsluga@cdslawfirm.com
*Attorneys for Defendant*

## UNITED STATED DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TOWN SQUARE LAS VEGAS, LLC dba MCFADDEN'S TOWN SQUARE, a Nevada Limited Liability Company,<br><br>            Plaintiff,<br><br>vs.<br><br>HUDSON SPECIALTY INSURANCE COMPANY, a Delaware corporation; DOE DEFENDANTS 1-10, inclusive; and ROE CORPORATIONS 1-10, inclusive;<br><br>            Defendants. | Case No.: 2:21-cv-00027-APG-NJK<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO FILE OPPOSITION AND REPLY BRIEFS RE: [17] DEFENDANT HUDSON SPECIALITY INSURANCE COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: LIQUOR LIABILITY INSURANCE POLICY** |

COME NOW, Plaintiff, Town Square Las Vegas, LLC dba McFadden's Town Square, ("Town Square") by and through its attorneys of record, Cohen-Johnson, LLC, and Defendant, Hudson Specialty Insurance Company ("Hudson"), by and through its attorneys of record, CHRISTIAN, KRAVITZ, DICHTER, JOHNSON & SLUGA, LLC, and submit the following Stipulation and Order extending the time for Plaintiff to file its Opposition brief and Defendant to file its Reply Brief regarding Defendant's Motion for Partial Summary Judgment Re: Liquor Liability Insurance Policy (ECF No. 17) ("Motion for Party Summary Judgment").

The parties hereby stipulate and agree to extend the deadline for Plaintiff, Town Square,

1

to file its Opposition to Defendant's Motion for Partial Summary Judgment from Wednesday, August 24, 2021 to Friday, August 27, 2021.

Additionally, the parties stipulate and agree to extend the deadline for Defendant, Hudson, to file its Reply to Defendant's Motion for Partial Summary Judgment from Friday, September 3, 2021, to Wednesday, September 8, 2021.

IT IS SO STIPULATED.

| CHRISTIAN, KRAVITZ, DICHTER, JOHNSON & SLUGA, LLC | COHEN-JOHNSON, LLC |
|---|---|
| /s/ Gena L. Sluga, Esq. | /s/ Kevin M. Johnson, Esq. |
| MARTIN J. KRAVITZ, ESQ.<br>Nevada Bar No. 83<br>GENA L. SLUGA, ESQ.<br>Nevada Bar No. 9910<br>8985 S. Eastern Ave., Ste. 200<br>Las Vegas, NV 89123<br>Telephone: (702) 362-6666<br>Facsimile: (702) 362-2203<br>*Attorneys for Defendant Hudson Specialty Insurance Company* | H. STAN JOHNSON, ESQ.<br>Nevada Bar No.: 265<br>KEVIN M. JOHNSON, ESQ.<br>Nevada Bar No,: 14551<br>375 East Warm Springs Road, Suite 104<br>Las Vegas, Nevada 89119<br>*Attorney for Plaintiff,*<br>*Town quare Las Vegas, LLC dba McFadden's Town Square* |

## ORDER

August 27, 2021

IT IS SO HEREBY ORDERED that Plaintiff shall have until ~~August 26, 2021~~ to file any opposition to Defendant's Motion for Partial Summary Judgment Re: Liquor Liability Insurance Policy (ECF No. 17).

IT IS FURTHER ORDERED that Defendant shall have until September 8, 2021 to file any reply in support of its Motion for Partial Summary Judgment Re: Liquor Liability Insurance Policy (ECF No. 17).

Dated this 26th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE