MARTIN J. KRAVITZ, ESQ.
Nevada Bar No. 83
GENA L. SLUGA, ESQ.
Nevada Bar No. 9910
CHRISTIAN, KRAVITZ, DICHTER,
JOHNSON & SLUGA, LLC
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Tel: (702) 362-6666
Fax: (702) 362-2203
mkravitz@ksjattorneys.com
gsluga@cdslawfirm.com
*Attorneys for Defendant*

# UNITED STATED DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TOWN SQUARE LAS VEGAS, LLC dba MCFADDEN'S TOWN SQUARE, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>HUDSON SPECIALTY INSURANCE COMPANY, a Delaware corporation; DOE DEFENDANTS 1-10, inclusive; and ROE CORPORATIONS 1-10, inclusive;<br><br>Defendants. | Case No.: 2:21-cv-00027-APG-NJK<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO FILE REPLY BRIEF RE: [18] DEFENDANT HUDSON SPECIALITY INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT** |

COME NOW, Plaintiff, Town Square Las Vegas, LLC dba McFadden's Town Square, ("Town Square") by and through its attorneys of record, Cohen-Johnson, LLC, and Defendant, Hudson Specialty Insurance Company ("Hudson"), by and through its attorneys of record, CHRISTIAN, KRAVITZ, DICHTER, JOHNSON & SLUGA, LLC, and submit the following Stipulation and Order extending the time for Defendant to file its Reply Brief regarding Defendant's Motion for Summary Judgment (ECF No. 18, filed Aug. 13, 2021) ("Motion for Summary Judgment").

1

The parties hereby stipulate and agree to extend the deadline for Defendant, Hudson, to file its Reply to Defendant's Motion for Summary Judgment from Friday, September 17, 2021, to Monday, September 20, 2021.

IT IS SO STIPULATED.

| CHRISTIAN, KRAVITZ, DICHTER, JOHNSON & SLUGA, LLC | COHEN-JOHNSON, LLC |
|---|---|
| /s/ Martin J. Kravitz, Esq. | /s/ Kevin M. Johnson, Esq. |
| MARTIN J. KRAVITZ, ESQ.<br>Nevada Bar No. 83<br>GENA L. SLUGA, ESQ.<br>Nevada Bar No. 9910<br>8985 S. Eastern Ave., Ste. 200<br>Las Vegas, NV 89123<br>Telephone: (702) 362-6666<br>Facsimile:  (702) 362-2203<br>*Attorneys for Defendant Hudson Specialty Insurance Company* | H. STAN JOHNSON, ESQ.<br>Nevada Bar No.: 265<br>KEVIN M. JOHNSON, ESQ.<br>Nevada Bar No,: 14551<br>375 East Warm Springs Road, Suite 104<br>Las Vegas, Nevada 89119<br>*Attorney for Plaintiff,*<br>*Town quare Las Vegas, LLC dba McFadden's Town Square* |

**ORDER**

IT IS SO HEREBY ORDERED that Defendant shall have until September 20, 2021 to file its Reply in support of its Motion for Summary Judgment (ECF No. 18).

Dated this 20th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE